IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DESJUAN MALIK JONES, | * |
| Petitioner, | * |
| v. | Case No. 4:21-cv-00092-CDL-MSH |
| | * |
| Sheriff GREG COUNTRYMAN, | |
| | * |
| Respondent. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated October 4, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 4th day of October, 2021.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk